■ MARTIN HOLBROOK et al., Appellants, v ELJAY REDEVELOPMENT Co. et al., Respondents.—Order unanimously affirmed without costs for reasons stated in memorandum decision at Special Term, Mordue, J. (Appeal from order of Supreme Court, Onondaga County, Mordue, J.—dismiss cause of action.) Present—Dillon, P. J., Callahan, Denman, Balio and Lawton, JJ.